# EXHIBIT A



# RAVINIA

| | |
|---|---|
| **Reg. No. 3,916,753** | RAVINIA FESTIVAL ASSOCIATION (ILLINOIS NON-PROFIT CORPORATION) |
| **Registered Feb. 8, 2011** | 418 SHERIDAN ROAD<br>HIGHLAND PARK, IL 60035 |
| **Int. Cl.: 41** | FOR: ENTERTAINMENT SERVICES; NAMELY, PRESENTATION OF PERFORMING ARTS SHOWS AND CONDUCTING PERFORMING ARTS FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 0-0-1936; IN COMMERCE 0-0-1936. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,620,484, 2,668,169, AND 2,947,948. |
| | SEC. 2(F). |
| | SER. NO. 85-064,644, FILED 6-16-2010. |
| | JENNIFER VASQUEZ, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office



# RAVINIA

| | |
|---|---|
| **Reg. No. 3,913,884** | RAVINIA FESTIVAL ASSOCIATION (ILLINOIS NON-PROFIT CORPORATION) |
| **Registered Feb. 1, 2011** | 418 SHERIDAN ROAD<br>HIGHLAND PARK, IL 60035 |
| **Int. Cl.: 43** | FOR: RESTAURANT SERVICES; CATERING SERVICES; OFFERING BANQUET FACILITIES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | FIRST USE 0-0-1964; IN COMMERCE 0-0-1964. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |

OWNER OF U.S. REG. NOS. 2,620,484, 2,668,169, AND 2,947,948.

SEC. 2(F).

SER. NO. 85-064,661, FILED 6-16-2010.

JENNIFER VASQUEZ, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# RAVINIA

**Reg. No. 6,446,818**
**Registered Aug. 10, 2021**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Ravinia Festival Association (ILLINOIS non-profit corporation)
418 Sheridan Road
Highland Park, ILLINOIS 60035

CLASS 41: Entertainment, namely, a continuing variety show broadcast over video media; Entertainment and education services in the nature of non-downloadable videos featuring educational lessons about music and musical performances transmitted via the Internet and wireless communication networks; Entertainment services in the nature of non-downloadable videos featuring music-related programming and musical performances transmitted via the Internet and wireless communication networks

FIRST USE 6-22-2007; IN COMMERCE 6-22-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3916753, 2620484, 3913884

SEC.2(F)

SER. NO. 90-307,899, FILED 11-09-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,620,484
Registered Sep. 17, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## RAVINIA FESTIVAL

RAVINIA FESTIVAL ASSOCIATION (ILLINOIS NOT-FOR- PROFIT CORPORATION)
400 IRIS LANE
HIGHLAND PARK, IL 60035

FOR: ENTERTAINMENT SERVICES; NAMELY, PRESENTATION OF PERFORMING ARTS SHOWS AND CONDUCTING PERFORMING ARTS FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1936; IN COMMERCE 0-0-1936.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FESTIVAL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-241,501, FILED 4-16-2001.

ALICIA COLLINS, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 2,668,169
Registered Dec. 31, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

### RAVINIA FESTIVAL

RAVINIA FESTIVAL ASSOCIATION (ILLINOIS NOT-FOR- PROFIT CORPORATION)
400 IRIS LANE
HIGHLAND PARK, IL 60035

FOR: RESTAURANT SERVICES; CATERING SERVICES; OFFERING BANQUET FACILITIES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FESTIVAL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-241,153, FILED 4-16-2001.

ALICIA COLLINS, EXAMINING ATTORNEY