**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAVINIA FESTIVAL ASSOCIATION,<br>a not for profit corporation, | ) <br> ) <br> ) | |
| Plaintiff-Counter-Defendant, | ) <br> ) | Case No. 1:23-cv-15322 |
| v. | ) <br> ) | Judge Manish S. Shah |
| RAVINIA BREWING COMPANY LLC, and<br>RAVINIA BREWING COMPANY<br>CHICAGO, LLC, | ) <br> ) <br> ) <br> ) | Magistrate Judge Gabriel A. Fuentes |
| Defendants-Counter-Plaintiffs. | ) <br> ) | |

**PLAINTIFF RAVINIA FESTIVAL ASSOCIATION'S**
**MOTION TO DISMISS FRAUD CLAIM (COUNTERCLAIM COUNT I)**

Plaintiff Ravinia Festival Association ("Plaintiff" or "Ravinia") respectfully moves for the dismissal with prejudice of Count I of the Counterclaims filed by defendants Ravinia Brewing Company LLC and Ravinia Brewing Company Chicago, LLC (Dkt. No. 25), pursuant to Fed.R.Civ.P. 12(b)(6). In support of this Motion, Ravinia offers the accompanying Memorandum. The undersigned counsel has conferred with counsel for Defendants pursuant to the Court's Case Procedures, and Defendants request an opportunity to oppose the Motion.

Dated:  February 5, 2024

Respectfully submitted,

By:  /s/ *Eric D. Brandfonbrener*
Eric D. Brandfonbrener (No. 6195674)
Jeremy L. Buxbaum (No. 6296010)
Perkins Coie LLP
110 North Wacker Drive, 34th floor
Chicago, Illinois 60606
Tel:  (312) 324-8400
Fax:  (312) 324-9400
Email:  ebrand@perkinscoie.com
              jbuxbaum@perkinscoie.com

**ATTORNEYS FOR PLAINTIFF/**
**COUNTER DEFENDANT**
**RAVINIA FESTIVAL ASSOCIATION**

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following email addresses:

Michael J. Delrahim
Shelley Smith
Andrew A. Jacobson
Brown, Udell, Pomerantz & Delrahim, Ltd.
180 North LaSalle Street, Suite 2850
Chicago, Illinois 60601
Tel:  (312) 475-9900
Email: MDelrahim@bupdlaw.com
ssmith@bupdlaw.com
ajacobson@bupdlaw.com

By: */s/ Eric D. Brandfonbrener*