IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAVINIA FESTIVAL ASSOCIATION, a not for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAVINIA BREWING COMPANY LLC, and RAVINIA BREWING COMPANY CHICAGO, LLC,<br><br>Defendants. | Case No.: 1:23-cv-15322<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Gabriel A. Fuentes |

### SECOND JOINT STATUS REPORT

Plaintiff Ravinia Festival Association ("Plaintiff" or "Ravinia") and Defendants Ravinia Brewing Company LLC ("RBC") and Ravinia Brewing Company Chicago, LLC ("RBC Chicago") (RBC and RBC Chicago are collectively "Defendants") hereby submit their second joint status report, as directed by the Court's minute order (Dkt. No. 43).

**1. Pleadings:** On February 5, 2024, Plaintiff moved to dismiss Count I of Defendants' Counterclaim (Dkt. Nos. 31 & 32). Plaintiff's motion to dismiss is fully briefed.

Plaintiff has just learned that one or more of the Defendants may have assigned certain trademark rights to and/or be a licensee of certain trademark rights from an as-yet unidentified affiliate of Defendants. In order to obtain complete relief, Plaintiff may need to amend its Complaint to add this affiliate as an additional party defendant. Plaintiff's investigation continues.

**2. Discovery:** On March 11, 2024, the parties exchanged responses to initial written discovery. Since that time, the parties have been negotiating an ESI protocol. These negotiations have been delayed in part by personal issues at Defendants' counsel. In the meantime, Plaintiff has issued subpoenas to third parties and has obtained or is obtaining compliance with this non-

party discovery. Given the state of fact discovery and the potential need to amend the Complaint, the parties are in agreement that they will not be able to complete fact discovery by May 30, 2024, as currently ordered by the Court (Dkt. No. 23). The parties respectfully will be seeking a 60-day extension of fact discovery. The parties also anticipate needing to allow time to present discovery-related disputes to the Court for resolution.

3. **Settlement:** The parties participated in a confidential mediation on April 4, 2024, conducted by the Honorable Judge Fuentes. That mediation was not immediately successful. Judge Fuentes requested that the parties provide a written status report to him by May 7, 2024, regarding their ongoing discussions.

Dated: May 3, 2024                                                                    Respectfully submitted,

| | |
|---|---|
| By: /s/ *Eric Brandfonbrener* | By: /s/ *Michael Delrahim* |
| Eric D. Brandfonbrener (No. 6195674) | Michael J. Delrahim (No. 6277361) |
| Jeremy L. Buxbaum (No. 6296010) | Andrew A. Jacobson (No. 6211224) |
| Perkins Coie LLP | Shorge Sato (No. 6278382) |
| 110 North Wacker Drive, 34th floor | Brown, Udell, Pomerantz & Delrahim, Ltd. |
| Chicago, Illinois 60606 | 180 North LaSalle Street, Suite 2850 |
| Tel: (312) 324-8400 | Chicago, Illinois 60601 |
| Fax: (312) 324-9400 | Tel: (312) 475-9900 |
| Email: ebrand@perkinscoie.com | Fax: (312) 475-1188 |
| jbuxbaum@perkinscoie.com | Email: mdelrahim@bupdlaw.com |
| | ajacobson@bupdlaw.com |
| *Attorneys for Plaintiff* | ssato@bupdlaw.com |
| *Ravinia Festival Association* | |
| | *Attorneys for Defendants* |
| | *Ravinia Brewing Company LLC and Ravinia Brewing Company Chicago, LLC* |