# EXHIBIT B

# United States of America
#### United States Patent and Trademark Office

# RAVINIA BREWING

| | |
|---|---|
| **Reg. No. 5,423,771** | Ravinia Brewing Company (ILLINOIS LIMITED LIABILITY COMPANY), AKA Ravinia Brewing |
| **Registered Mar. 13, 2018** | Ravinia Brewing<br>957 Judson Ave<br>Highland Park, ILLINOIS 60035 |
| **Int. Cl.: 32** | |
| **Trademark** | CLASS 32: Beer |
| **Principal Register** | FIRST USE 8-17-2014; IN COMMERCE 7-21-2016 |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "BREWING" |
| | SER. NO. 86-646,550, FILED 05-30-2015 |



Director of the United States
Patent and Trademark Office