IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAVINIA FESTIVAL ASSOCIATION, a not for profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> RAVINIA BREWING COMPANY LLC, RAVINIA BREWING COMPANY CHICAGO, LLC, and RAVINIA BREWING IP LLC, <br><br> Defendants. | Case No. 1:23-cv-15322 <br><br> Judge Manish S. Shah <br><br> Magistrate Judge Gabriel A. Fuentes |

STIPULATED ORDER REGARDING SETTLEMENT COMMUNICATIONS

Pursuant to agreement of the parties, IT IS HEREBY ORDERED:

In order to promote settlement communications among the parties, as of the effective date of this order, all discussions concerning settlement, regardless of form, and all materials exchanged in connection with such discussions, shall be treated as confidential, shall not be disclosed to third parties without leave of Court, and shall be inadmissible for any purpose in any legal proceeding, including impeachment, under Rule 408 of the Federal Rules of Evidence and any applicable federal or state statute, rule or common law provisions. For clarity, such confidential information may be disclosed to the parties' counsel, and, on a need-to-know basis, to the parties' respective accountants and other professionals retained by them, the parties' management, officers, trustees, directors, and owners, and as required by law or order of court. Any person identified in the preceding sentence to whom confidential settlement information is disclosed shall be told such information is confidential, and the disclosing party shall be liable for any breaches of confidentiality by persons to whom he/she/it has disclosed such information. This protective order shall not apply retroactively to disclosures made prior to the effective date of this order, nor does this order supersede the prior orders entered by the Magistrate Judge which remain in full force and effect.

July 11, 2024

Manish S. Shah, U.S. District Judge